1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   LAUREN RESTREPO (Cal. Bar No. 319873)
4  Assistant United States Attorney
   Deputy Chief, Cyber & I.P. Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3825
7       Facsimile: (213) 894-2927
        Email:      lauren.restrepo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**F I L E D**
CLERK, U.S. DISTRICT COURT

**11/21/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AF _____ DEPUTY

10               UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          2:24-CR-00595-JWH

13          Plaintiff,                 [PROPOSED] AMENDED ORDER SEALING
                                       INDICTMENT AND RELATED DOCUMENTS
14              v.
                                       **(UNDER SEAL)**
15  AHMED HOSSAM ELDIN ELBADAWY,
      et al.,
16
            Defendants.
17

18

19

20

21       For good cause shown, IT IS HEREBY ORDERED THAT:

22       Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

23  indictment and any related documents in the above-titled case (except

24  the arrest warrants), the government's sealing application, and this

25  order shall be kept under seal until one of the defendants is taken

26  into custody on the charges contained in the indictment.  The

27  government is further authorized to publicly disclose the indictment

28

                                    1

1  at the time the Department of Justice publicly discloses the details

2  of the FBI's investigation in this matter.

3

4

   November 21, 2024_____          _____/ S / Sagar_____

5  DATE                                      HONORABLE ALKA SAGAR
                                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28