BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Facsimile: (213) 894-2927
     Email:     lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-595-JWH-3 |
| Plaintiff, | STIPULATION FOR ORDER AUTHORIZING THE INTERLOCUTORY SALE OF DEFENDANT EVANS ONYEAKA OSIEBO'S CRYPTOCURRENCY |
| v. | |
| AHMED HOSSAM ELDINN ELBADAWY, et al., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America ("the government") and Evans Onyeaka Osiebo ("defendant"), with regard to the following assets (collectively, the "Seized Cryptocurrency"):

    a)   33.73052666 Bitcoin seized from defendant on October 2, 2023 and October 4, 2023 and currently held in Bitcoin address ending HHs5f6; and

    b)   2.711247414270532635 Ethereum seized from defendant on October 4, 2023 and April 22, 2024 and held in Ethereum address ending 46224f.

1. The parties hereto desire to sell/exchange for U.S. currency, the above-listed cryptocurrency (the Seized Cryptocurrency) for fair market value, and agree that the net proceeds of the sale, if any, be substituted in as the substitute <u>res</u> in this action. Pursuant to Rule G(7)(b)(iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, the parties agree that the procedures set forth in 28 U.S.C. §§ 2001, 2002 and 2004 (providing for public sale of property under court control) are not likely to yield the highest price for the property, and instead recommend that the court enter the proposed order (the "Order") concurrently lodged with this stipulation ordering interlocutory sale according to the terms described herein.

2. Cryptocurrency exchange reports from approximately May 2024 through April 2025, and attached herein as Exhibit A, show the current exchange rate for Bitcoin and Ethereum to U.S. currency using coinmarketcap.com as the primary index to determine market value of any digital currency. Each of these cryptocurrency's values have shown large fluctuations during that time frame.

3. The government and defendant agree that the government, to include United States Marshals Service, shall be authorized to take exclusive custody, possession, and control of the above-listed cryptocurrency for the purpose of marketing the property for sale.

4. After taking custody, possession, and control of the Seized Cryptocurrency, the government shall cause the Seized Cryptocurrency to be sold/exchanged at the highest available reasonable price.

5. Defendant agrees to complete all forms necessary to permit the government to complete the sale of the Seized Cryptocurrency.

1  Such completed forms may include granting to an appropriate
2  government agent a limited power of attorney for such purpose.
3       6.   The parties agree that the net proceeds from the
4  sale/exchange of the Seized Cryptocurrency shall constitute the
5  substitute <u>res</u> in place of the Seized Cryptocurrency.  The net
6  proceeds shall be deposited directly to an interest-bearing account
7  to be designated by the government, where such funds shall be held
8  pending resolution of this civil forfeiture case.  Upon delivery of
9  the net proceeds to the interest-bearing account, the government
10 shall notify the parties and this Court of the amount that has been
11 deposited as the substitute <u>res</u> by filing a notice with the Court.
12      7.   The parties to this Stipulation shall execute any and all
13 documents necessary to consummate the sale of the Seized
14 Cryptocurrency.
15 //
16 //
17 //

8. The Court shall retain jurisdiction over the Seized Cryptocurrency to effectuate the terms of the sale and resolve any issues or disputes that may arise regarding the interlocutory sale of the property.

SO STIPULATED AND REQUESTED.

DATED: 05/23/2025, 2025

BILAL A ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

_____
LAUREN RESTREPO
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: 5/3/, 2025

_____
ARNOLD SPENCER, ESQ.
Spencer & Associates
Attorney for Defendant Evans Onyeaka Osiebo

_____
Evans Osiebo, Defendant