BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Facsimile: (213) 894-2927
     Email:     lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-595-JWH-3 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR INTERLOCUTORY SALE OF DEFENDANT EVANS ONYEAKA OSIEBO'S CRYPTOCURRENCY |
| v. | |
| AHMED HOSSAM ELDINN ELBADAWY, et al., | |
| Defendants. | |

For good cause appearing, and pursuant to the parties' stipulation, it is hereby ORDERED that the following assets (collectively, the "Seized Cryptocurrency") shall be sold in accordance with the procedures set forth in the concurrently filed stipulation:

1) 33.73052666 Bitcoin seized from defendant on October 2, 2023, and October 4, 2023, and currently held in Bitcoin address ending HHs5f6; and

2) 2.711247414270532635 Ethereum seized from defendant on October 4, 2023, and April 22, 2024, and held in Ethereum address ending 46224f.

| DATE | HONORABLE JOHN W. HOLCOMB |
| --- | --- |
| | UNITED STATES DISTRICT JUDGE |