LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
312 North Spring Street, Los Angeles, California 90012
Telephone: (213) 894-3825
Email: lauren.restrepo@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. EVANS ONYEAKA OSIEBO, DEFENDANT(S). | CASE NUMBER: CR 24-00595-JWH-3 <br><br> **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1) an application to seal; 2) a declaration; 3) a proposed order; and 4) the document to be place under seal.

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

October 29, 2025
Date

LAUREN RESTREPO
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (04/14)        **NOTICE OF MANUAL FILING OR LODGING**