LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
312 North Spring Street, Los Angeles, California 90012
Telephone: (213) 894-3825
Email: lauren.restrepo@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00595-JWH-3 |
| v. | |
| AHMED ELBADAWY, ET AL. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1). an application to seal; 2) a declaration; 3) a proposed order; and 4) the documents to be placed under seal.

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 25, 2026
Date

Lauren Restrepo
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    NOTICE OF MANUAL FILING OR LODGING