UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

Case No. 2:24-cr-00595-JWH-3 Date: August 14, 2026

Present: The Honorable: JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter

| Clarissa Lara | Court Smart | Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Bond | Custody | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Evans Onyeaka Osiebo | X | X | | Arnold A. Spencer, Retained | X | | X |

**Proceedings: SENTENCING**

Counsel state their appearances. A Restitution Hearing is **SET** for October 30, 2026, at 1:00 p.m.

Sentencing hearing held. See separate Judgment and Commitment Order.

cc: USPPO
BOP

**Initials of Deputy Clerk** 1:12
cla